# The Alabama Court of Civil Appeals



NATHAN P. WILSON
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

August 30, 2024

CL-2023-0890
J.E.P. v. Madison County Department of Human Resources (Appeal from Madison Juvenile Court:  JU-19-643.04).

CL-2023-0891
J.E.P. v. Madison County Department of Human Resources (Appeal from Madison Juvenile Court:  JU-22-389.03).

CL-2023-0918
H.D.B. v. Madison County Department of Human Resources (Appeal from Madison Juvenile Court:  JU-22-389.03).

CL-2023-0919
H.D.B. v. Madison County Department of Human Resources (Appeal from Madison Juvenile Court:  JU-19-643.04).

## ORDER

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Lewis, JJ., concur.

Nathan P. Wilson, Clerk